IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICTS OF ARKANSAS
CENTRAL DIVISION

IN RE: JOE ANN NICHOLSON　　　　　　　　　　CASE NO. 4:20-bk-13748
　　　　DEBTOR　　　　　　　　　　　　　　　　CHAPTER 13

## MOTION TO SELL PROPERTY OF THE ESTATE

Now comes the Debtor, Joe Ann Nicholson, by and through her attorneys Dickerson Law Firm, P.A. and for her Motion to Sell Property of the Estate, states as follows:

1. Debtor herein propose to sell 2.85 acres of property located at Hwy 107, Vilonia AR, together with all improvements located thereon.

2. This is a negotiated sale, in the regular course of business, which the Debtor proposes to close with the purchaser in the offices of Waco Title.

3. The purchase price shall be $16,500.00.

4. A copy of the Closing Statement and the check for the proceeds, if any due the debtor from the sale of her interest in the property after the payment of taxes, closing costs, cost of sale and valid existing mortgages or judgment filed prior to September 30, 2020 will be remitted to the Trustee pending further orders of the Court.

WHEREFORE, the debtor requests that the Court enter an Order Approving the Sale of Property of the Estate.

DATED: 02/01/2023　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　DICKERSON LAW FIRM, P.A.
　　　　　　　　　　　　　　　　　　　　PO BOX 6400
　　　　　　　　　　　　　　　　　　　　HOT SPRINGS, AR 71902-6400
　　　　　　　　　　　　　　　　　　　　501-321-0808

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew D. Black*
　　　　　　　　　　　　　　　　　　　　Matthew D. Black, Bar 2007-259

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that copies of the foregoing pleading have been sent via CM/ECF to Mark T. McCarty, Trustee. I, further certify that I have served a copy of the foregoing pleading on all the opposing parties to this action by mailing a copy by first class mail to the following on this 1st day of February 2023:

Joe Ann Nicholson
40 Blair Drive
Vilonia, AR 72175

Vilonia Realty
1037 Main St
Vilonia, AR 72173

Waco Title
701 Locust St
Conway, AR 72034

(All Creditors--See Attached Matrix)

                                        /s/ Matthew D. Black
                                             DICKERSON LAW FIRM, P.A.